**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Francisco GONZALEZ–CISNEROS,**
**Defendant—Appellant.**

No. 02–10524.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Michael Thomas Morrissey, Esq.,
USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Gail Gianasi Natale, Esq., Law Office of
Gail Gianasi Natale, Phoenix, AZ, for Defendant-Appellant.

Before: KOZINSKI, SILVERMAN, and
TALLMAN, Circuit Judges.

MEMORANDUM **

Francisco Gonzalez–Cisneros appeals his
jury trial conviction and 135–month sentence for conspiracy to possess with intent
to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846.

Pursuant to *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), counsel for Gonzalez–Cisneros has
filed a brief stating there are no grounds

for relief, and a motion to withdraw as
counsel of record.

Gonzalez–Cisneros has filed a pro se
supplemental brief. However, our independent review of the record, pursuant to
*Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct.
346, 102 L.Ed.2d 300 (1988), and his pro se
supplemental brief, discloses no grounds
for relief. Counsel's motion to withdraw is
**GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.